# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 23, 2014

## NO. 03-12-00797-CR

**Marchelo Lamont Pryce, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 264TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.